# EXHIBIT D



# INVOICE
Invoice No TU1068858

**REMIT TO:**
Clean Harbors Env. Services
PO Box 3442
Boston, MA 02241-3442

**OFFICE:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084- 0000
(770) 934-0902

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Steve Mokalled
Cedar Enterprises Inc
PO Box 17665
Greenville, SC 29606- 0000

**JOB SITE/GENERATOR:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084

Job Description: OILDX; Sale to Cedar Enterprises Inc

** Payable in USD funds **

| Last Service Date | Invoice No | Customer | Sales Order | Purchase Order | Terms |
|---|---|---|---|---|---|
| 24 Nov 2010 | TU1068858 | CE1247 | TU3212585 | COD 90000 | CASH ON DELIVERY |

### SUMMARY BY LINE TYPE

| | | |
|---|---|---|
| Product | $90,000.00 | |
| SUBTOTAL | $90,000.00 | USD |
| TAX | 0.00 | |
| INVOICE TOTAL | $90,000.00 | USD ← PLEASE PAY THIS AMOUNT |

| BOL Info | Item ID | Description | BOL Qty | BOL UOM | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 24 Nov 2010 | | | | | | |
| BOLNOVCEOILDX 1 | PRODUCT OILDX | ND PROCESSED MINERAL OIL OILDX | 180.000 | P | 60,000.000 | GAL | 1.5000 | $90,000.00 |
| | | | | | | | SUBTOTAL | $90,000.00 |
| | | | | | | | TAX | $0.00 |
| | | | | | | | TOTAL | $90,000.00 |

## BALANCE OWED ON THIS INVOICE $90,000.00

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 06 Dec 2010    PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU    Page 1 of 1

**EXHIBIT D**



# INVOICE
Invoice No TU1068868

**REMIT TO:**
Clean Harbors Env. Services
PO Box 3442
Boston, MA 02241-3442

**OFFICE:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084-0000
(770) 934-0902

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Steve Mokalled
Cedar Enterprises Inc
PO Box 17665
Greenville, SC 29606-0000

**JOB SITE/GENERATOR:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084

Job Description: OILDX; Sale to Cedar Enterprises Inc

** Payable in USD funds **

| Last Service Date | Invoice No | Customer | Sales Order | Purchase Order | Terms |
|---|---|---|---|---|---|
| 30 Nov 2010 | TU1068868 | CE1247 | TU3220137 | COD 9000 | CASH ON DELIVERY |

**SUMMARY BY LINE TYPE**

| | | |
|---|---|---|
| Product | $9,000.00 | |
| SUBTOTAL | $9,000.00 | USD |
| TAX | 0.00 | |
| INVOICE TOTAL | $9,000.00 | USD ← PLEASE PAY THIS AMOUNT |

| BOL Info | Item ID | Description | BOL Qty | BOL UOM | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 30 Nov 2010 | | | | | | |
| BOL113010CE1 | PRODUCT OILDX | ND PROCESSED MINERAL OIL OILDX | 43,800 | P | 6,000.000 | GAL | 1.5000 | $9,000.00 |
| | | | | | | | SUBTOTAL | $9,000.00 |
| | | | | | | | TAX | $0.00 |
| | | | | | | | TOTAL | $9,000.00 |

## BALANCE OWED ON THIS INVOICE $9,000.00

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 06 Dec 2010  PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU  Page 1 of 1



# INVOICE
Invoice No TU1089737

**REMIT TO:**
Clean Harbors Env. Services
PO Box 3442
Boston, MA 02241-3442

**OFFICE:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084- 0000
(770) 934-0902

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Steve Mokalled
Cedar Enterprises Inc
PO Box 17665
Greenville, SC 29606- 0000

**JOB SITE/GENERATOR:**
Clean Harbors PPM LLC
1875 Forge Street
Tucker, GA 30084

Job Description: OILDX; Sale to Cedar Enterprises Inc

** Payable in USD funds **

| Last Service Date | Invoice No | Customer | Sales Order | Purchase Order | Terms |
|---|---|---|---|---|---|
| 20 Dec 2010 | TU1089737 | CE1247 | TU3258291 | COD 45000 | CASH ON DELIVERY |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Product | $45,000.00 |
| SUBTOTAL | $45,000.00 USD |
| TAX | 0.00 |
| INVOICE TOTAL | $45,000.00 USD ← PLEASE PAY THIS AMOUNT |

| BOL Info | Item ID | Description | BOL Qty | BOL UOM | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 20 Dec 2010 | | | | | | |
| BOL121310CEDAR 1 | PRODUCT OILDX | ND PROCESSED MINERAL OIL OILDX | 180,000 | P | 30,000.000 | GAL | 1.5000 | $45,000.00 |
| | | | | | | | SUBTOTAL | $45,000.00 |
| | | | | | | | TAX | $0.00 |
| | | | | | | | TOTAL | $45,000.00 |

## BALANCE OWED ON THIS INVOICE $45,000.00

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 28 Dec 2010     PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU     Page 1 of 1